UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>J. GUTIERREZ,<br><br>Defendant. | **Case No. 1:17-cv-01505-LJO-MJS (PC)**<br><br>**ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS**<br><br>**(ECF No. 1)**<br><br>**CLERK TO STRIKE COMPLAINT**<br><br>**THIRTY DAY DEADLINE** |

On November 8, 2017, Plaintiff, a prisoner proceeding pro se and in forma pauperis, filed a civil rights complaint with the Court. (ECF No. 1.) The complaint is unsigned. (Id. at 6, 10.) On November 27, 2017, Plaintiff submitted a "Letter" to the Court to which he attached updated copies of specific pages of the complaint, including a signed version of the signature page. (ECF No. 8.)

The Court cannot consider unsigned filings and therefore, the complaint shall be stricken from the record. Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")

1

| | |
|---|---|
| 1 | Furthermore, Local Rule 220 requires that an amended complaint be complete in itself |
| 2 | without reference to any prior pleading. As a general rule, an amended complaint |
| 3 | supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). |
| 4 | Once an amended complaint is filed, the original complaint no longer serves a function in |
| 5 | the case. Id. Therefore, the Court cannot accept amended pages to a complaint. |

**Plaintiff will be given thirty days to submit a complete amended complaint with all of his claims stated in it and his signature on the last page.**

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint (ECF No. 1) is stricken from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a blank complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff must file a signed complaint; and
4. **The failure to comply with this order will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: March 31, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE