UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. GUTIERREZ,<br><br>　　　　Defendant. | Case No. 1:17-cv-01505-LJO-MJS (PC)<br><br>**ORDER REGARDING MOTION FOR STATUS REVIEW AND DETERMINATION OF COMPLAINT**<br><br>**(ECF NO. 9.)** |

Plaintiff is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's February 1, 2018, "Motion for Status of Review and Determination of Complaint." (ECF No. 9.)

As Plaintiff has been advised, his complaint was stricken on April 2, 2018, because it was unsigned. (ECF No. 11.) Plaintiff was ordered to file a signed complaint within thirty days of service of the Court's order. This submission remains pending.

If and when Plaintiff files a signed complaint, it will be screened in due course. 28 U.S.C. § 1915A. With regard to the request that defendants be served and required to respond, the Court will not authorize service on defendants until the Court has conducted its initial screening and determined whether the complaint is "frivolous,

| | |
|---|---|
| 1 | malicious, or fails to state a claim upon which relief may be granted; or seeks monetary |
| 2 | relief from a defendant who is immune from such relief." Id. As Plaintiff already has been |
| 3 | advised: |

> This Court screens pro se plaintiffs' complaint as expeditiously as possible. However, the Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable. As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case. The Court will not respond in writing to individual inquiries regarding the status of a case.

(ECF No. 3.)

To the extent Plaintiff has been provided the status of his case herein, his motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: April 9, 2018        /s/ *Michael J. Seng*
                    UNITED STATES MAGISTRATE JUDGE