# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GUTIERREZ,<br><br>        Defendant. | Case No. 1:17-cv-01505-LJO-JDP<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE EDWARD B. SPENCER, CDCR #F-32221 |

A settlement conference in this matter commenced on July 12, 2019. Inmate Edward B. Spencer, CDCR #F-32221 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: __Jul 12, 2019__      _____
                                                        UNITED STATES MAGISTRATE JUDGE