UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. GUTIERREZ,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01505-LJO-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE<br><br>ECF No. 29 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On July 12, 2019, the parties participated in a settlement conference and this case settled. ECF No. 26. On July 15, 2019, the parties entered a stipulation for voluntary dismissal with prejudice. ECF No. 29. Accordingly, the clerk is directed to close this case.

IT IS SO ORDERED.

Dated: July 16, 2019  　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204