# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. GUTIERREZ,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01505-LJO-JDP (PC)<br><br>ORDER REQUIRING DEFENDANT GUTIERREZ TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 31)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Edward B. Spencer is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2019, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record. (ECF No. 26.)

On July 15, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 29), and the action was terminated by operation of law, (ECF No. 30).

Currently before the Court is Plaintiff's filing titled "Current Status of Settlement Agreement," filed on February 7, 2020. (ECF No. 31.) In the filing, Plaintiff asserts that, while he and Defendant settled this case more than six months ago, he has not received any "communiqué" stating that the settlement proceeds have been placed into his inmate trust account. (Id.) The Court construes Plaintiff's filing as a motion to enforce the settlement

1

agreement.

The Court finds it appropriate to require Defendant Gutierrez to file a response to Plaintiff's motion to enforce the settlement agreement.  Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Defendant shall file a response to Plaintiff's motion to enforce the settlement agreement, (ECF No. 31).  Plaintiff should not file any reply to Defendant's response absent further order from this Court.

IT IS SO ORDERED.

Dated:   **February 13, 2020**

UNITED STATES MAGISTRATE JUDGE